UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-13471<br>CHAPTER 13 |
| MARQUERITE COBB | | |
| | : | JUDGE BURTON PERLMAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF<br>UNCLAIMED FUNDS |

　　Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

　　The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917792 | $276.93 |

Debtor Address
MARQUERITE COBB
2599 RING PLACE
CINCINNATI, OH  45204


　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/　Margaret A. Burks, Esq.
　　　　　　　　　　　　　　　　　　　　　　Margaret A. Burks, Esq.
　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　Attorney No. OH 0030377

　　　　　　　　　　　　　　　　　　　　　　Francis J. DiCesare, Esq.
　　　　　　　　　　　　　　　　　　　　　　Staff Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney No. OH 0038798

　　　　　　　　　　　　　　　　　　　　　　Karolina F. Perr, Esq.
　　　　　　　　　　　　　　　　　　　　　　Staff Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney No. OH 0066193

　　　　　　　　　　　　　　　　　　　　　　600 Vine Street, Suite 2200
　　　　　　　　　　　　　　　　　　　　　　Cincinnati, OH 45202
　　　　　　　　　　　　　　　　　　　　　　(513) 621-4488
　　　　　　　　　　　　　　　　　　　　　　(513) 621 2643 (Facsimile)
　　　　　　　　　　　　　　　　　　　　　　mburks@cinn13.org - Correspondence only
　　　　　　　　　　　　　　　　　　　　　　fdicesare@cinn13.org
　　　　　　　　　　　　　　　　　　　　　　kperr@cinn13.org
　　　　　　　　　　　　　　　　　　　　　　cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Debtors

# CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, May 18, 2011.

                                                /s/      Margaret A. Burks, Esq.
                                                          Margaret A. Burks, Esq.

Debtor(s)
MARQUERITE COBB
2599 RING PLACE
CINCINNATI, OH  45204

Debtor(s) Counsel
MACEY & ALEMAN
4050 EXECUTIVE PARK DRIVE
SUITE 450
CINCINNATI, OH  45241

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)